AUSA Buie

# United States District Court
For the Western District of Texas
Austin Division

FILED
17 FEB 13 AM 10:34
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

United States of America, §
§
v. §
§   Case Number: A:17-m-142
Donaldo Mejia-Espinoza §
§
§

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **January 16, 2017,** in the county of **Bastrop**, in the Western District of Texas, the defendant, **Donaldo Mejia-Espinoza,** violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **January 16, 2017,** the defendant, an alien, was found in the Bastrop County jail, Bastrop, Texas, within the Western District of Texas. A Deportation Officer lodged a detainer after interviewing the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **December 8, 2014,** and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (E. Mathis)
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

**February 13, 2017**                                                    Austin, Texas
_____        at     _____
Date                                                                              City and State

Mark Lane
United States Magistrate Judge
_____              _____
Name & Title of Judicial Officer                           Signature of Judicial Officer